**IN THE UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>BAYOU STEEL BD HOLDINGS, LLC *et al.*,<br><br>Debtors.[1] | Chapter 7<br><br>Case No. 19-12153 (KBO)<br><br>(Jointly Administered) |
| GEORGE L. MILLER, in his capacity as Chapter 7 Trustee of BAYOU STEEL BD HOLDINGS, LLC *et al.*<br><br>Plaintiff,<br><br>vs.<br><br>BNSF RAILWAY COMPANY<br><br>Defendant. | Adv. Proc. No. 21-50203 (KBO)<br><br><br><br>**Re: Adv. Proc. D.I. 4** |

## ORDER APPROVING STIPULATION FOR EXTENSION OF TIME

This Court, having considered the *Stipulation for Extension of Time* (the "Stipulation") between George L. Miller (the "Plaintiff"), in his capacity as Chapter 7 Trustee of Bayou Steel BD Holdings, LLC *et al.*, and BNSF Railway Company (the "Defendant"), attached to the *Certification of Counsel Regarding Order Approving Stipulation for Extension of Time* as Exhibit A; the Court having determined that good and adequate cause exists for approval of the Stipulation; and the Court having determined that no further notice of the Stipulation must be given;

IT IS HEREBY **ORDERED** THAT:

---

[1] The Debtors in these chapter 11 cases, along with the last four digits of each Debtor's federal tax identification number, are Bayou Steel BD Holdings, L.L.C., a Delaware limited liability company (1984), BD Bayou Steel Investment, LLC, a Delaware limited liability company (1222), and BD LaPlace, LLC, a Delaware limited liability company (5783).

1. The Stipulation is approved.

2. The time within which Defendant must answer, move or otherwise respond to the complaint filed by Plaintiff at Adv. Proc. D.I. 1 in the above-captioned adversary proceeding is extended for twenty-eight (28) days, through and including **April 29, 2021**.

Dated: March 16th, 2021
Wilmington, Delaware

**KAREN B. OWENS**
**UNITED STATES BANKRUPTCY JUDGE**

2

#114190476 v1